■ NAB ASSET VENTURE IV, LLP, Respondent, v ORANGE-BURG EQUITIES et al., Appellants. [796 NYS2d 536]—

In an action to foreclose a mortgage, the defendants appeal from an order of the Supreme Court, Rockland County (Sherwood, J.), dated March 8, 2004, which granted the plaintiff's motion for leave to enter a deficiency judgment against them in the principal sum of $1,454,555.83.

Ordered that the order is affirmed, with costs.

"[A] judgment of foreclosure and sale entered against a defendant is final as to all questions at issue between the parties, and all matters of defense which were or might have been litigated in the foreclosure action are concluded" (*Green Point Sav. Bank v Clarke*, 220 AD2d 384, 385 [1995] [internal quotation marks omitted]; *Money Store of N.Y. v Doner Holding Corp.*, 112 AD2d 284, 287 [1985]; *Gray v Bankers Trust Co.*, 82 AD2d 168, 170-171 [1981]). Since the defenses raised by the defendants in opposition to the motion for leave to enter a deficiency judgment should have been raised before the judgment of foreclosure was entered, the court properly declined to entertain these arguments (*cf. National Loan Invs. v Goertzel*, 251 AD2d 639 [1998]).

The parties' remaining contentions are without merit. Adams, J.P., S. Miller, Ritter and Fisher, JJ., concur.